```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 21133
   HARRY DOCK
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7384


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/12/2008 and was not confirmed.

      The case was dismissed without confirmation 12/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG         .00           .00           .00
GMAC MORTGAGE CORP         MORTGAGE NOTI  NOT FILED            .00           .00
ILLINOIS TITLE LOANS       SECURED          1000.00            .00           .00
GMAC MORTGAGE              MORTGAGE ARRE        .00            .00           .00
INTERNAL REVENUE SERVICE   SECURED         18000.00            .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED            .00           .00
TRIBUTE                    UNSECURED      NOT FILED            .00           .00
HSBC                       UNSECURED          590.58           .00           .00
LVNV FUNDING               UNSECURED          676.04           .00           .00
EMERGE CARE & HEALTH ORG   UNSECURED      NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         2271.20           .00           .00
THE RECOVERY SERVICES      UNSECURED      NOT FILED            .00           .00
CAPITAL MANAGEMENT SERVI   UNSECURED      NOT FILED            .00           .00
METROPOLITAN GASTROENTER   UNSECURED      NOT FILED            .00           .00
ILLINOIS COLLECTION SYST   UNSECURED      NOT FILED            .00           .00
ILLINOIS COLLECTION SYST   UNSECURED      NOT FILED            .00           .00
MIDWEST PHYSICIAN GROUP    UNSECURED      NOT FILED            .00           .00
FIRST CASH ADVANCE         UNSECURED          223.00           .00           .00
ROUNDUP FUNDING LLC        UNSECURED          539.44           .00           .00
ILLINOIS TITLE LOANS       UNSECURED      NOT FILED            .00           .00
CAPITAL ONE                UNSECURED         1863.72           .00           .00
CB USA                     UNSECURED      NOT FILED            .00           .00
MUTUAL HOSPITAL SVC INC    UNSECURED      NOT FILED            .00           .00
ILLINOIS COLLECTION SYST   UNSECURED      NOT FILED            .00           .00
CREDITORS COLLECTION       UNSECURED      NOT FILED            .00           .00
PRA RECEIVABLES MGMT       UNSECURED          195.54           .00           .00
BALLYS TOTAL FITNESS       UNSECURED         2847.71           .00           .00
US CELLULAR                UNSECURED          676.39           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED          507.61           .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 21133 HARRY DOCK
```

```
                              RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                              ---------------     ---------------
TOTALS                              .00                     .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 03/05/09              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE